UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARIBEL AYALA, NICOLE A. PACHECO,
DOMENICA L. O'NEILL, MICHAEL
C. ESTRADA, RICHARD A. GUZMAN,                                07 Civ. 8186 (CLB)
MICHAEL K. GUEVARA, CESAR
CASTILLO, MAUMER KLLAPIJA,
JASON GONZALEZ, and CRISTIAN
SALAZAR,

                                    Plaintiffs,            **NOTICE OF MOTION
                                                              FOR SUMMARY
          -against-                                            JUDGMENT**


CITY OF YONKERS, New York,

                                    Defendant.

------------------------------------------------------------x


     PLEASE TAKE NOTICE that upon the affirmation of Jonathan Lovett, duly

sworn to October 5, 2007, and the exhibits annexed thereto, Plaintiffs will move this

Court before the Hon. Charles L. Brieant, Courtroom 218, United States Courthouse, 300

Quarropas Street, White Plains, New York, on the 19th day of October 2007 for a

judgment and order pursuant to *inter alia* FRCP 56 declaring unconstitutional on its face

and as applied to Plaintiffs Section 100-35 of the Yonkers City Code, permanently

enjoining the City's enforcement of that Code provision against Plaintiffs, awarding

1

reasonable attorney's fees, costs and such other and further relief as to the Court seems

just and proper.

Dated:   White Plains, N.Y.
            October 5, 2007

                                            LOVETT & GOULD, LLP
                                            By:_____
                                            Jonathan Lovett (4854)
                                            Attorneys for Plaintiff
                                            222 Bloomingdale Road
                                            White Plains, New York 10605
                                            914-428-8401