UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MARIBEL AYALA, NICOLE A. PACHECO,
DOMENICA L. O'NEILL, MICHAEL
C. ESTRADA, RICHARD A. GUZMAN,　　　　07 Civ. 8186 (CLB)
MICHAEL K. GUEVARA, CESAR
CASTILLO, MAUMER KLLAPIJA,
JASON GONZALEZ, and CRISTIAN
SALAZAR,　　　　　　　　　　　　　　　　　　PLAINTIFFS' STATE-
　　　　　　　　　　　　　　　　　　　　　　　MENT PURSUANT TO
　　　　　　　　　Plaintiffs,　　　　　　　　　　　RULE 56.1

-against-

CITY OF YONKERS, New York,

　　　　　　　　　Defendant.

----------------------------------------------------------x

　　　Plaintiffs, by their attorneys Lovett & Gould, LLP, submit the following statement of incontrovertible facts in accordance with Local Rule 56.1:

　　　1. Section 100-35 of the City of Yonkers Code provides in relevant part: "No person shall distribute, hand out, cast about any card, circular, pamphlet or printed matter within any park or upon any public place" (Exhibit 4 to Lovett Affirmation).

　　　2. By criminal informations (Exhibit 3 to Lovett Affirmation) the Plaintiffs have been respectively charged with violating Section 100-35 for handing out and/or distributing on City-owned property copies of The Westchester Guardian newspaper.: People v. Ayala, CO-110927; People v. Pacheco, CO-055498; People v. O'Neill, CO-110929; People v. O'Neill, CO-046066; People v. Estrada, CO-046062; People v. Guzman, CO-0460663; People v. Guzman, CO-055497; People v. Guevara, CO-046061;

1

2

People v. Castillo, CO-110926; People v. Kllapija, CO-104273; and People v. Salazar, CO-90605.

Dated:   White Plains, N.Y.
        October 5, 2007

                                        LOVETT & GOULD, LLP
                                        By:_____
                                        Jonathan Lovett (4854)
                                        Attorneys for Plaintiff
                                        222 Bloomingdale Road
                                        White Plains, New York 10605
                                        914-428-8401