# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

914-428-8401  
FAX 914-428-8916

KIM PATRICIA BERG+  
DRITA NICA +

+also admitted in New Jersey

October 10, 2007

**Via Fax**

Kevin J. Plunkett, Esq.  
Thacher Proffitt & Wood LLP  
50 Main Street  
White Plains, New York 10606

Re: <u>Ayala Summary Judgment Motion</u>

*07 Civ. 8186(CLB)*

Dear Kevin:

With respect to the motion I just made in <u>Ayala</u>, Alice Cama advised me today that the return date will be November 2, 2007, at 10:00 A.M.

Sincerely,

Jonathan Lovett

JL:clp  
Cc: Hon. Charles L. Brieant