UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL AYALA, NICOLE A. PACHECO, DOMINICA L. O'NEILL, MICHAEL C. ESTRADA, RICHARD A. GUZMAN, MICHAEL K. GUEVARA, CESAR CASTILLO, MAUMER KLLAPIJA, JASON GONZALEZ, and CRISTIAN SALAZAR,<br><br>                       Plaintiffs,<br><br>    -against-<br><br>CITY OF YONKERS,<br><br>                       Defendant. | ECF Case<br><br>07 Civ. 8186 (CLB)<br><br>**ANSWER/AFFIRMATIVE DEFENSES**<br><br>**JURY TRIAL DEMANDED** |

Defendant City of Yonkers by and through its attorneys, Thacher Proffitt & Wood LLP, answers the complaint of Plaintiffs (the "Complaint") as follows:

## NATURE OF THE ACTION

1. Denies the truth of the allegations set forth in paragraph 1 of the Complaint as they relate to the actions of the Defendant. The remaining allegations set forth in paragraph 1 of the Complaint state legal conclusions as to which no responsive pleading is required.

## JURISDICTION

2. The allegations set forth in paragraph 2 of the Complaint state legal conclusions as to which no responsive pleading is required. Defendant respectfully refers the Court to 28 U.S.C. §§ 1331 and 1343 for their complete terms.

## THE PARTIES

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the Complaint.

4. Admits the allegations set forth in paragraph 4 of the Complaint.

## THE FACTS

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Complaint concerning the contents of the editions of the Guardian, and denies the remaining allegations set forth in paragraph 5 of the Complaint.

6. Denies the allegations set forth in paragraph 6 of the Complaint and respectfully refers the Court to the Yonkers City Code for its true and complete terms.

## AS AND FOR A FIRST CLAIM

7. In response to the allegations contained in paragraph 7 of the Complaint, Defendant repeats and realleges its responses set forth in paragraphs 1-6 of as if fully incorporated herein.

8. Denies the allegations set forth in paragraph 8 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

9. The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

10. Plaintiffs lack capacity and or standing to sue.

## THIRD AFFIRMATIVE DEFENSE

11. The Court lacks personal and/or subject matter jurisdiction.

## FOURTH AFFIRMATIVE DEFENSE

12. Another action is pending.

**WHEREFORE**, Defendant City of Yonkers respectfully requests that the Court enter an order

    (i) dismissing the Complaint in its entirety;

    (ii) awarding the Defendant attorneys' fees and costs; and

(iii)   granting Defendant any other and further relief as the Court deems just and proper.

Dated: White Plains, New York
       October 15, 2007

                                            THACHER PROFFITT & WOOD LLP

                                    By: _s/_____
                                           Kevin J. Plunkett
                                           Darius P. Chafizadeh
                                           *Attorneys for Defendant*
                                           50 Main Street
                                           White Plains, NY 10606
                                           914-421-4100

TO:   Lovett & Gould, LLP
       222 Bloomingdale Road
       White Plains, New York 10605
       (914) 428-8401