UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL AYALA, NICOLE A. PACHECO, DOMINICA L. O'NEILL, MICHAEL C. ESTRADA, RICHARD A. GUZMAN, MICHAEL K. GUEVARA, CESAR CASTILLO, MAUMER KLLAPIJA, JASON GONZALEZ, and CRISTIAN SALAZAR,<br><br>Plaintiffs,<br><br>-against-<br><br>CITY OF YONKERS,<br><br>Defendant. | ECF Case<br><br>07 Civ. 8186 (CLB)<br><br>**NOTICE OF MOTION** |

Defendant City of Yonkers by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, will move this Court, pursuant to local Civil Rule 1.4, before the Honorable Charles L. Brieant, United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York on a date to be determined by the Court, for an Order substituting DelBello Donnellan Weingarten Wise & Wiederkehr, LLP as counsel for Defendant City of Yonkers replacing the law firm of Thacher Proffitt & Wood LLP.

Dated: White Plains, New York
      February 29, 2008

                                              DELBELLO DONNELLAN WEINGARTEN
                                              WISE & WIEDERKEHR, LLP

                                              By: _____
                                                  Kevin J. Plunkett
                                                  One North Lexington Avenue
                                                  White Plains, New York 10601
                                                  (914) 681-0200

TO:

*Attorneys for Plaintiffs*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL AYALA, NICOLE A. PACHECO, DOMINICA L. O'NEILL, MICHAEL C. ESTRADA, RICHARD A. GUZMAN, MICHAEL K. GUEVARA, CESAR CASTILLO, MAUMER KLLAPIJA, JASON GONZALEZ, and CRISTIAN SALAZAR,<br><br>Plaintiffs,<br><br>-against-<br><br>CITY OF YONKERS,<br><br>Defendant. | ECF Case<br><br>07 Civ. 8186 (CLB)<br><br>**AFFIDAVIT OF**<br>**KEVIN J. PLUNKETT** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF WESTCHESTER )

Kevin J. Plunkett, being duly sworn, deposes and says:

1. I am a partner in the firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601. I am admitted to practice before this Court. Pursuant to Local Civil Rule 1.4, I submit this affidavit in support of an application for an order substituting DelBello Donnellan Weingarten Wise & Wiederkehr, LLP as counsel for Defendant City of Yonkers ("Defendant"), in the above-captioned action, for Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

2. I recently moved my practice from Thacher Proffitt & Wood LLP to DelBello Donnellan Weingarten Wise & Wiederkehr, LLP.

3. This substitution is sought at the request of Defendant who has informed me that its wishes for me to continue working on this matter at my new firm.

_____
Kevin J. Plunkett

Sworn to before me this
25th day of February, 2008

_____
Notary Public

STEFANIE A. BASHAR
NOTARY PUBLIC, State of New York
No. 01BA5069723
Qualified in Westchester County
Commission Expires December 2, 2010