UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL AYALA, NICOLE A. PACHECO, DOMINICA L. O'NEILL, MICHAEL C. ESTRADA, RICHARD A. GUZMAN, MICHAEL K. GUEVARA, CESAR CASTILLO, MAUMER KLLAPIJA, JASON GONZALEZ, and CRISTIAN SALAZAR,<br><br>Plaintiffs,<br><br>-against-<br><br>CITY OF YONKERS,<br><br>Defendant. | ECF Case<br><br>07 Civ. 8186 (CLB)<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** that DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601 hereby appears as counsel for Defendant City of Yonkers in the above-captioned action, in substitution, place and stead of Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

Dated: White Plains, New York
       February __, 2008

| THACHER PROFFITT & WOOD LLP | DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP |
|---|---|
| By: _____<br>Jonathan D. Forstot<br>50 Main Street<br>White Plains, New York 10606<br>(914) 421-4100 | By: _____<br>Kevin J. Plunkett<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-0200 |

So Ordered this 6 day of March, 2008

*Charles Brieant*
Hon. Charles L. Brieant
United States District Judge

TO:

*Attorneys for Plaintiffs*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401