AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MARIBEL AYALA, NICOLE A. PACHECO, DOMINICA L. O'NEILL, MICHAEL C. ESTRADA, RICHARD A. GUZMAN, MICHAEL K. GUEVARA, CESAR CASTILLO, MAUMER KLLAPIJA, JASON GONZALEZ, and CRISTIAN SALAZAR,

-against-

CITY OF YONKERS.

**APPEARANCE**

Case Number: 07 Civ. 8186 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, CITY OF YONKERS.

I certify that I am admitted to practice in this court.

April 3, 2008
Date

Signature

Brian T. Belowich | BB6910
Print Name | Bar Number

DelBello Donnellan -- One North Lexington Ave.
Address

White Plains, NY 10601
City    State    Zip Code

(914) 681-0200 | (914) 684-0288
Phone Number | Fax Number